# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER PEARSON** | **CIVIL ACTION** |
| **VERSUS** | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY** | **NO.: 13-00131-BAJ-RLB** |

## RULING AND ORDER

On August 18, 2014, United States Magistrate Judge Richard L. Bourgeois, Jr. issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending the Court vacate the Commissioner of Social Security' decision, and remand this matter for further administrative proceedings. (Doc. 16.)

The Magistrate Judge's Report and Recommendation specifically notified the Commissioner of Social Security that, pursuant to 28 U.S.C. § 636(b)(1), she had fourteen (14) days from the date she received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. (Doc. 16, p. 1.) A review of the record indicates that the Commissioner of Social Security failed to submit written objections.

Having carefully considered the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the

Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 16)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Commissioner's decision denying Plaintiff Jennifer Pearson's application for a period of disability, disability insurance, and supplemental security income benefits is **VACATED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** for further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation.

Baton Rouge, Louisiana, this 8th day of September, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**